# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEREMIAH BASKIN,<br><br>   Petitioner,<br><br>  vs.<br><br>FELIX M. VASQUEZ, Acting Warden,<br><br>   Respondent. | Case No. CV 15-03781-DDP (DTB)<br><br>ORDER ACCEPTING FINDINGS, CONCLUSIONS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

  Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, all the records and files herein, and the Report and Recommendation of the United States Magistrate Judge. No objections to the Report and Recommendation have been filed herein. The Court concurs with and accepts the findings, conclusions and recommendations of the Magistrate Judge.

  IT THEREFORE IS ORDERED that respondent's Motion to Dismiss is granted and that Judgment be entered dismissing this action without prejudice.

Dated: April 27, 2016

                 _____
                  DEAN D. PREGERSON
                  UNITED STATES DISTRICT JUDGE