JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

JEREMIAH BASKIN, ) Case No. CV 15-03781-DDP (DTB)
)
      Petitioner, )
) **J U D G M E N T**
      vs. )
)
FELIX M. VASQUEZ, Acting Warden, )
)
      Respondent. )

    Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

    IT IS ADJUDGED that the action is dismissed without prejudice.

Dated: April 27, 2016

_____
DEAN D. PREGERSON
UNITED STATES DISTRICT JUDGE